JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wesco Insurance Company<br><br>Plaintiff,<br><br>v.<br><br>Mario Gonzalez et al<br><br>Defendants. | Case No.  ED CV 14-00334-AB (SPx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having denied Plaintiff's motion for summary judgment (Dkt. No. 38), and Plaintiff having no objection to the dismissal of this action without prejudice pending the resolution of the underlying state action (Dkt. No 40);

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right to re-open the action upon resolution of the underlying state action.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 20, 2015        _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.